**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ANDREW GILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-3132 (UNA) |
| | ) | |
| JOHN DOE *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>Memorandum Opinion</u>**

The court is in receipt of Plaintiff's *pro se* complaint and application to proceed *in forma pauperis* ("IFP").  Plaintiff sues the Federal Bureau of Investigation, the United States Secret Service, and D.C. Congresswoman Eleanor Holmes Norton.  Plaintiff alleges that Defendants have constantly harassed and defamed him and, since 2004, "repeatedly pass[ed] him off bad checks." Compl., ECF No. 1 at 3.  Plaintiff seeks "immediate . . . criminal charges for the bad checks and harassment" and "civil damages." *Id*.

As a private citizen, Plaintiff "lacks a judicially cognizable interest in the [criminal] prosecution or nonprosecution of another." *Linda R.S. v. Richard D*., 410 U.S. 614, 619 (1973). Additionally, Plaintiff has not alleged a coherent set of facts to "give the defendants fair notice of what the [civil] claim is and the grounds upon which it rests." *Jones v. Kirchner*, 835 F.3d 74, 79 (D.C. Cir. 2016) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007)). The court therefore grants Plaintiff's IFP application and dismisses the complaint for failure to state a claim. 28 U.S.C. § 1915(e)(2)(B)(ii).  A separate order accompanies this memorandum opinion.

_____/s/_____
AMIR H. ALI
Date: April 1, 2026                    United States District Judge